# Third District Court of Appeal

## State of Florida

Opinion filed October 25, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1338
Lower Tribunal No. F21-19158
_____

**Yander Rojaspadilla,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Laura Shearon Cruz, Judge.

Yander Rojaspadilla, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, FERNANDEZ, and BOKOR, JJ.

PER CURIAM.

Affirmed.